**KOLLMORGEN CORPORATION
Plaintiff–Respondent,**

v.

**YASKAWA ELECTRIC CORPORA-
TION and Yaskawa Electric Amer-
ica, Inc., Defendants–Petitioners,**

No. 685.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 19, 2001.

ON PETITION FOR PERMISSION
TO APPEAL

Before MICHEL, RADER, and
GAJARSA, Circuit Judges.

*ORDER*

RADER, Circuit Judge.

Yaskawa Electric Corporation and Yas-
kawa Electric America, Inc. petition this
court for permission to appeal an interloc-
utory order certified by the United States
District Court for the Western District of
Virginia pursuant to 28 U.S.C. § 1292(b),
(c)(1). Kollmorgen Corporation opposes.
Yaskawa moves to file a reply brief, with
reply brief attached.

The controlling question of law is wheth-
er a patentee who settles an earlier in-
fringement case after a Markman ruling is
precluded under the doctrine of collateral
estoppel from relitigating claim construc-
tion issues determined in the prior case.
The district court concluded that the doc-
trine of collateral estoppel did not apply
because "a consensual settlement between
the parties does not constitute a 'final
judgment.'" However, other jurisdictions
have reached different conclusions on facts
that the district court acknowledged "bear
a striking similarity to the case at bar."
In *TM Patents, L.P. and TM Creditors,
L.L.C. v. IBM Corp.*, 72 F.Supp.2d 370,
377 (S.D.N.Y.1999), the district court held
that Markman rulings on claim construc-
tion in a prior case "were sufficiently 'final'
to permit application of collateral estop-
pel—even though the matter to which they
were necessary was never reduced to a
final judgment after verdict."

In certifying its order for interlocutory
appeal, the district court determined that
(1) the order involves a controlling ques-
tion of law; (2) there is substantial ground
for difference of opinion on the question,
and; (3) the immediate determination of
the question by this court will materially
advance the ultimate termination of this
action. *See also* 28 U.S.C. § 1292(b),
(c)(1). We agree.

Accordingly,

IT IS ORDERED THAT:

(1) The petition is granted.

(2) The motion for leave to file a reply
brief is granted.